IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Criminal Action |
| ) | |
| v. ) | No. 10-__10139__-01, 02 – WEB |
| ) | |
| KENNETH W. CARLETON, and ) | |
| JASON A. UNRUH, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

## INDICTMENT

The Grand Jury charges:

### Count One

Beginning at a time unknown to the Grand Jury but continuing until June 8, 2010, in the District of Kansas,

**Kenneth W. Carleton,
and
Jason A. Unruh**

the defendants herein, with intent to defraud, did falsely make or counterfeit an obligation or other security of the United States, to wit; the defendants manufactured counterfeit One Hundred Dollar ($100.00) Federal Reserve notes bearing serial numbers AJ68054528A, AH60806325A, DE81087713A, HB04898963A, HB43348746E, HB46452093A, HG04974617B, and HG92830681A.

In violation of Title 18, United States Code, §§ 471 and 2.

**Count Two**

On or about June 7, 2010, in the District of Kansas

**Kenneth W. Carleton,**

the defendant herein, with intent to defraud, did possess, pass and utter a falsely made, forged and altered obligation and security of the United States, that is a United States Federal Reserve Note, in the denomination of One Hundred Dollars ($100.00), bearing serial numbers DE81087713A, HE24069657B, AJ68054528A, and AH60806325A.

In violation of Title 18, United States Code, §§ 472 and 2.

**FORFEITURE ALLEGATION**

1. The allegations contained in Counts 1 and 2 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 492 and Title 28, United States Code, Section 2461(c).

2. Upon conviction of one or more of the offenses in violation of 18 U.S.C. §§471 and 472 set forth in Counts 1 and 2 of this Indictment defendants, **Kenneth W. Carleton and Jason A. Unruh** shall forfeit to the United States pursuant to 18 U.S.C. § 492 and 28 U.S.C. § 2461(c) all counterfeits of any coins or obligations or other securities of the United States or of any foreign government; any articles, devices, and other things made, possessed, or used in violation of 18 U.S.C. §§ 471 and 472, and any material or apparatus used or fitted, or intended to be used, in the making of such counterfeits, articles, devices, or things, found in the possession of the defendant without proper authority. The property to be forfeited includes, but is not limited to, the following:

    A.    One Hp Office jet 6200 (all-in-one) printer, scanner, copier, serial number CN491BF1DJ.

In violation of Title 18, United States Code, Section 492 and Title 28, United States Code,

Section 2461(c).

A TRUE BILL

Dated: 09/15/2010                    S/Foreman
                                     FOREMAN OF THE GRAND JURY


  s/Barry R. Grissom
BARRY R. GRISSOM
United States Attorney
District of Kansas
301 N. Main, Suite 1200
Wichita, KS 67202
(316) 269-6481
(316) 269-6484 (fax)
Barry.Grissom@usdoj.gov
Ks. S. Ct. No. 10866

(It is requested that trial be held in Wichita, Kansas.)