(Revised 01/98)     CLERK'S COURTROOM MINUTE SHEET - CRIMINAL - MAGISTRATE JUDGE

DATE 9-22-10 - WICHITA

CASE NO. 10-10139-01-WEB   UNITED STATES vs. Kenneth W. Carleton   AG ___

**FILED**
U.S. District Court
District of Kansas
SEP 22 2010
Clerk, U.S. District Court
By _____ Deputy Clerk

APPEARANCES:
Government:
- ( ) Lind
- ( ) Watson
- ( ) Furst
- (✓) Metzger
- ( ) Barnett
- ( ) Welch
- ( ) Anderson
- ( ) Treaster
- ( ) Sublet
- ( ) Smith
- ( ) Hart

Defendant: (✓) In Person   (✓) By Counsel: Tim Henry   ( ) Retained   (✓) Appointed

JUDGE:
- (✓) Humphreys
- ( ) Gale

CLERK:
- (✓) Stimits
- ( ) Carter

U.S. PROBATION:
- ( ) Madden
- ( ) Chirinos
- (✓) Hase

Proceedings:
- ( ) Preliminary Hearing   ( ) Held (31 min.)   ( ) Waived (2 min.)
- ( ) Rule 5   (✓) Detention   (✓) Arraignment   ( ) Sentence
- ( ) Bond Hearing   ( ) Bond Revoc.   ( ) Probation/Supervised Release Violation

(✓) ARRAIGNMENT AND PLEA / RULE 5 / OMNIBUS   Arrest Date _____

- (✓) Charges explained to the Defendant
- ( ) Defendant sworn & examined re: financial status
- ( ) Defendant's constitutional rights explained
- ( ) Defendant declined to waive indictment
- ( ) Signed Waiver of Indictment
- ( ) Advised of Rights under
- ( ) Signed Consent to Transfer (Rule 20)
- ( ) Petition to enter plea filed
- ( ) Interpreter   ( ) Appointed
- ( ) Counsel appointed
- (✓) Felony   ( ) Misdemeanor
- ( ) Will be presented to next Grand Jury
- ( ) Signed Waiver by Juvenile   ( ) Inform. filed
- ( ) Rule 20   ( ) Rule 40
- ( ) Signed Consent to Proceed Before Magistrate
- ( ) Plea Agreement attached
- ( ) Sworn   Name: _____

(✓) ARRAIGNMENT AND PLEA:
- (✓) Waived Reading   (✓) Indictment   ( ) Information
- ( ) Previous Plea   ( ) Guilty   ( ) Not Guilty
- ( ) Guilty
- (✓) Not Guilty

+ Forfeiture
(✓) No. of Counts: 2
( ) Read to Defendant
Counts: _____ withdrawn
Counts: _____ accepted
Counts: _____

- ( ) Judgment Deferred   ( ) Pre-Sentence Investigation   ( ) Continued to: _____
- ( ) Bond  ( ) Fixed at   ( ) Remain at: $_____   ( ) Continued on present bond.
- ( ) Transfer under Rule 40 to the _____ District of _____
- ( ) Release Order  ( ) Executed   ( ) Continued in effect   (✓) Remanded to Custody
- (✓) Detention Ordered   ( ) Temporary Detention Ordered
- ( ) Set for Trial: _____ at _____ a.m./p.m. before Judge _____

Motions to be filed _____ Response(s) to Motions to be filed _____ Motions to be heard on _____ at _____ a.m./p.m. before Judge _____

Defendant's next appearance per sched. order at _____ a.m./p.m. before Judge Brown for:
( ) Detention hearing   ( ) Arraignment   ( ) _____

Miscellaneous: 1:42 - 2:16  The Government motion for detention is granted.